UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

           Thirty Woodhollow Ct., Inc.,

                  Debtor(s)
-------------------------------------------------------------X

                              Chapter 11

                              Case No.: 18-74171-las

## **STATEMENT PURSUANT TO LOCAL RULE 1007(a)(1) AND 7007.1**

       Pursuant to Bankruptcy Rules 1007(a)(1) and 7007-.1, there is no corporate entity to disclose which owns 10% or more of any class of equity interests of the Debtor.

Dated: June 25, 2018

                                Thirty Woodhollow Ct., Inc.

                 By:    <u>S/Anupam Kumar Sharma</u>
                                Anupam Kumar Sharma
                                President and Authorized Representative
                                of the Debtor