# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

August 13, 2018

Via ECF

Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   Port Washington Holding Corp.
      Case No. 818-72944-845
      and
      Thirty Woodhollow Ct., Inc.
      Case No. 818-74171-845

Dear Judge Scarcella:

This firm is counsel to the Village of Mutttontown in the above-referenced Chapter 11 cases.

The new administration in the Village of Muttontown is reviewing the voluminous litigation files related to the above-referenced cases and request that Your Honor adjourn the status conferences and the application for retention of counsel and all other matters to a date after September 12, 2018.

I apologize for the lateness of this request.

Respectfully yours,

Marc A. Pergament

MAP:mm

cc:      Via E-Mail - al.m.dimino@usdoj.gov
Alfred M. Dimino, Esq.
Office of the United States Trustee

Via E-Mail - kcorbett@harrisbeach.com
Keith M. Corbett, Esq.
Harris Beach PLLC

Via E-Mail - rartura@pwqlaw.com
Richard F. Artura, Esq.
Phillips, Artura & Cox

Via E-Mail - Christine_Moffett@nyeb.uscourts.gov
Ms. Christine Moffett